## SCOTT COBERLY VS. CHRISTUS HEALTH
## ITEMIZATION OF DEPOSITION COSTS

| DEPOSITION OF | COST |
|---|---|
| Scott Coberly transcript | $1300.30 |
| Scott Coberly video | $1003.78 |
| Sandy York transcript | $ 275.52 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$2,579.60** |

# DICKMAN DAVENPORT, INC.

SUITE 320
3131 TURTLE CREEK BLVD.
DALLAS, TX 75219
Phone: (214) 855-5100   Fax: (214) 855-5181

**Job #:** 101208AP1
**Job Date:** 12/08/2010
**Order Date:** 12/08/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

**Invoice #:** 55285
**Inv.Date:** 12/30/2010
**Balance:** $1,300.30

**Bill To:**
Mr. Christopher D. Lang
Fisher & Phillips LLP
500 N. Akard Street
Suite 3550
Dallas, TX 75201

**Action:** Coberly, Scott
vs
Christus Health
**Action #:** 3:10-CV-1213
**Rep:** AP1
**Cert:** 5987

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Scott Coberly | Original & One Copy | $1,300.30 |

**Comments:**

AMEX MC VISA DISCOVER ACCEPTED/PAYABLE IN DALLAS COUNTY TEXAS

| | |
|---|---|
| Sub Total | $1,300.30 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,300.30 |
| Payment | $0.00 |
| Balance Due | $1,300.30 |

**Federal Tax I.D.:** 75-2486492      **Terms:** Net 30 Days @ 1.5% /mo.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Christopher D. Lang
Fisher & Phillips LLP
500 N. Akard Street
Suite 3550
Dallas, TX 75201

**Deliver To:**
Mr. Christopher D. Lang
Fisher & Phillips LLP
500 N. Akard Street
Suite 3550
Dallas, TX 75201

# Invoice

**Invoice #:** 55285
**Inv.Date:** 12/30/2010
**Balance:** $1,300.30
**Job #:** 101208AP1
**Job Date:** 12/08/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

Phone: (214) 855-5100
Fax: (214) 855-5181

**DICKMAN DAVENPORT, INC.**
SUITE 320
3131 TURTLE CREEK BLVD.
DALLAS, TX 75219



Cubed Creations
1124 Randy Drive
Irving, TX 75060





# Invoice

| Date | Invoice # |
|------|-----------|
| 12/13/2010 | 2169 |

**Bill To**

Fisher & Phillips
1601 Elm Street, Suite 4343
Dallas, Texas 75201

| Cause No. | Court | County/State | Client No. |
|-----------|-------|--------------|------------|
| 3:10-cv-1213 | USDC | N.D. of TX | 23963.0025 |

| Item | Description | Serviced | Qty | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Video Producti... | Video Deposition of Scott Coberly | 12/8/2010 | 8 | 95.00 | 760.00 |
| DVD Transfer | Video Transfer to DVD | 12/8/2010 | 5.63 | 40.00 | 225.20T |
| | Scott Coberly v. Christus Health | | | | |

Thank you for your business!

| | |
|---|---|
| **Subtotal** | $985.20 |
| **Sales Tax (8.25%)** | $18.58 |
| **Total** | $1,003.78 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,003.78 |

Tax ID# 45-2719474

Payable Upon Receipt

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston TX 77019-2166
Phone:713-522-5080    Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141459 | 3/26/2011 | 60016 |
| **Job Date** | **Case No.** | |
| 2/15/2011 | 308CV2113 | |
| **Case Name** | | |
| Scott Coberly vs. Christus Health, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

A. Kevin Troutman
Fisher & Phillips, L.L.P.
333 Clay Street, Suite 4000
Houston TX 77002

1 CERTIFIED COPY OF THE DEPOSITION OF:
   Sandy York
                                                                                    275.52

                                        TOTAL DUE >>>          **$275.52**
                                        AFTER 4/25/2011 PAY       $292.05

************ T H A N K   Y O U! ***************
*********** www.texasdepos.com *************

Tax ID: 76-0326397                          Phone: 713-292-0150    Fax:713-292-0151

*Please detach bottom portion and return with payment.*

A. Kevin Troutman
Fisher & Phillips, L.L.P.
333 Clay Street, Suite 4000
Houston TX 77002

Job No.     : 60016          BU ID      :01-
Case No.    : 308CV2113
Case Name   : Scott Coberly vs. Christus Health, et al

Invoice No. : 141459          Invoice Date :3/26/2011
**Total Due  : $ 275.52**
AFTER 4/25/2011 PAY $292.05

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Continental Court Reporters, Inc.**
          **2777 Allen Parkway, Suite 600**
          **Houston TX 77019-2166**